## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

RECKITT BENCKISER ) 
PHARMACEUTICALS, INC., RB ) 
PHARMACEUTICALS LIMITED, and ) 
MONOSOL RX, LLC, ) 
         ) 
             Plaintiffs, )     Civ. No.: 5:13-cv-00760-BO 
         ) 
v. ) 
         ) 
BIODELIVERY SCIENCES ) 
INTERNATIONAL, INC., ) 
         ) 
             Defendant. )

### PLAINTIFFS' MOTION TO FILE UNDER SEAL

Pursuant to Local Rule of Civil Procedure 79.2, Plaintiffs Reckitt Benckiser Pharmaceuticals Inc. ("RBP"), RB Pharmaceuticals Limited ("RBP UK"), and MonoSol Rx, LLC ("MonoSol") (collectively, "Plaintiffs") respectfully move this Court for an order allowing Plaintiffs to file certain documents under seal in connection with Plaintiffs' opposition to Defendant BioDelivery Sciences International, Inc.'s ("BDSI") motion to dismiss the complaint.

Plaintiffs request that Confidential Exhibits A and B to Plaintiffs' memorandum in opposition to Defendant BDSI's motion to dismiss the complaint, be sealed, because they include confidential, intra-company and inter-company information and highly competitive and sensitive business information.

More specifically, Confidential Exhibit A is an intra-company licensing agreement between RBP and RBP UK; and Confidential Exhibit B is an inter-company Commercial Exploitation Agreement between RBP and MonoSol. The agreements contain information

regarding confidential contractual intellectual property licensing arrangements, and in regard to Exhibit B, also confidential supply and manufacturing contract terms. Accordingly, the disclosure of such confidential business information should be limited to BDSI's outside counsel, with the understanding that they will preserve its confidentiality, and not made public or available to BDSI's employees. Given the confidential and competitive nature of this information, alternatives to sealing Confidential Exhibits A and B would be inadequate.

WHEREFORE, Plaintiffs respectfully pray the Court for an Order allowing them to file Confidential Exhibits A and B under seal. Counsel for Defendant BDSI has refused to consent to this motion. A Proposed Order is submitted with this motion.

This the 22nd day of January, 2014.

Respectfully submitted,

/s/ Michael E. Ray
Michael E. Ray (N.C. State Bar 8480)
WOMBLE, CARLYLE, SANDRIDGE & RICE LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 1-336-721-3648
Fax: 1-336-733-8312
E-mail: mray@wcsr.com

*Attorneys for Plaintiffs*

*Of Counsel*:

TROUTMAN SANDERS LLP
Daniel A. Ladow
James M. Bollinger
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-5929 (Fax)
daniel.ladow@troutmansanders.com

- 2 -

james.bollinger@troutmansanders.com

Troy S. Kleckley
Aaron Rugh
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
troy.kleckley@troutmansanders.com
aaron.rugh@troutmansanders.com

*Attorneys for Plaintiffs*
*Reckitt Benckiser Pharmaceuticals, Inc.*
*and RB Pharmaceuticals Limited*

*Of Counsel:*

James F. Hibey
Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com

*Attorneys for Plaintiff*
*MonoSol Rx, LLC*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been delivered via ECF to the following on this 22nd day of January, 2014:

Richard T. Matthews
Myers Bigel Sibley & Sajovec, P.A.
4140 Parklake Avenue, Suite 600
Raleigh, NC 27612
rmatthews@myersbigel.com

Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com

Lee Carl Bromberg
McCarter & English, LLP
265 Franklin Street
Boston, MA 20110
lbromberg@mccarter.com

/s/ Michael E. Ray
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 1-336-721-3648
Fax: 1-336-733-8312
mray@wcsr.com

- 4 -