IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-760-BO

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>          Plaintiffs,<br>v.<br>BIODELIVERY SCIENCES INTERNATIONAL, INC.,<br><br>          Defendant. | **PLAINTIFFS' SUGGESTION OF SUBSEQUENTLY DECIDED CONTROLLING AUTHORITY** |

Pursuant to LR 7.1(g), Plaintiffs Reckitt Benckiser Pharmaceuticals Inc. ("RBP"), RB Pharmaceuticals Limited, and MonoSol Rx, LLC hereby file this Suggestion of Subsequently Decided Controlling Authority, which they believe would assist the Court in addressing the standing issue raised in Defendant's Motion to Dismiss the Complaint: *Sanofi-Aventis Deutschland GMBH and Aventis Pharma S.A. et al. v. Glenmark Pharmaceuticals Inc., et al.*, 2014 WL 1552167 (Fed. Cir., April 21, 2014).

This the 22nd day of April, 2014.

                          Respectfully submitted,

                          /s/ Michael E. Ray
                          Michael E. Ray (N.C. State Bar 8480)
                          WOMBLE, CARLYLE, SANDRIDGE & RICE LLP
                          One West Fourth Street
                          Winston-Salem, NC 27101
                          Phone: 1-336-721-3648
                          Fax: 1-336-733-8312
                          E-mail: mray@wcsr.com

                          *Attorneys for Plaintiffs*

                          TROUTMAN SANDERS LLP

Daniel A. Ladow
James M. Bollinger
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-5929 (Fax)
daniel.ladow@troutmansanders.com
james.bollinger@troutmansanders.com

Troy S. Kleckley
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
troy.kleckley@troutmansanders.com
aaron.rugh@troutmansanders.com

*Attorneys for Plaintiffs*
*Reckitt Benckiser Pharmaceuticals, Inc.*
*and RB Pharmaceuticals Limited*


James F. Hibey
Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com

*Attorneys for Plaintiff*
*MonoSol Rx, LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing and the accompanying Plaintiffs' Suggestion of Subsequently Decided Controlling Authority has been delivered via ECF to the following on this 22nd day of April, 2014:

Lynne Borchers
Myers Bigel Sibley & Sajovec, P.A.
4140 Parklake Avenue, Suite 600
Raleigh, NC  27612
rmatthews@myersbigel.com

Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
dsilver@mccarter.com

Lee Carl Bromberg
McCarter & English, LLP
265 Franklin Street
Boston, MA  20110
lbromberg@mccarter.com

/s/ Michael E. Ray
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC  27101
Phone: 1-336-721-3648
Fax: 1-336-733-8312
mray@wcsr.com

3