IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-760-BO

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>      Plaintiffs,<br> v.<br>BIODELIVERY SCIENCES INTERNATIONAL, INC.,<br><br>      Defendant. | **PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL FILING** |

  Plaintiffs Reckitt Benckiser Pharmaceuticals Inc., RB Pharmaceuticals Limited, and MonoSol Rx, LLC respectfully submit this response to BDSI's Notice of Supplemental Filing in Support of its Motion to Dismiss, filed late yesterday (D.I. 48) ("Supplement").

  BDSI's Supplement mischaracterizes Plaintiffs' position in the Par ANDA litigation pending in Delaware.  At no time have Plaintiffs taken the position that BDSI attributes to them.  Specifically, it is not Plaintiffs' position in the Par ANDA litigation that a patent infringement action arises under section 271(e)(2) only when the applicant includes a Paragraph IV notice with the application.  Rather, it is Plaintiffs' position in the Par ANDA litigation that subject matter jurisdiction in a Paragraph IV, ANDA-filer case only arises if the ANDA filer has complied with the specific procedural requirements of the Hatch Waxman statute relating to Paragraph IV Notices that apply to ANDA filers.

  BDSI is not an ANDA filer, so the considerations in the Par ANDA litigation are not relevant in this case.  Here, BDSI has circumvented the requirement to serve a Paragraph IV notice letter by relying on the Suboxone® tablet NDA (as to which there are no unexpired patents) instead of the Suboxone® film NDA.  Therefore, the specific procedural mechanisms of

the Hatch Waxman statute that relate to Paragraph IV notice letters do not apply in the present BDSI case, and Plaintiffs' position in the Par ANDA litigation has no relevance here for that reason. Rather, there is subject matter jurisdiction over BDSI's section 505(b)(2) NDA filing under section 271(e)(2) in view of the governing Federal Circuit case law discussed in Plaintiffs' Opposition (D.I. 27), as BDSI itself has admitted.

This the 23rd day of April, 2014.

Respectfully submitted,

/s/ Michael E. Ray
Michael E. Ray (N.C. State Bar 8480)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 1-336-721-3648
Fax: 1-336-733-8312
E-mail: mray@wcsr.com

*Attorneys for Plaintiffs*

TROUTMAN SANDERS LLP
Daniel A. Ladow
James M. Bollinger
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-5929 (Fax)
daniel.ladow@troutmansanders.com
james.bollinger@troutmansanders.com

Troy S. Kleckley
Puja R. Patel
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
troy.kleckley@troutmansanders.com
puja.patel@troutmansanders.com

2

*Attorneys for Plaintiffs*
*Reckitt Benckiser Pharmaceuticals, Inc.*
*and RB Pharmaceuticals Limited*


James F. Hibey
Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com

*Attorneys for Plaintiff*
*MonoSol Rx, LLC*

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing and the accompanying Plaintiffs' Suggestion of Subsequently Decided Controlling Authority has been delivered via ECF to the following on this 23rd day of April, 2014:

Lynne Borchers
Myers Bigel Sibley & Sajovec, P.A.
4140 Parklake Avenue, Suite 600
Raleigh, NC 27612
rmatthews@myersbigel.com

Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com

Lee Carl Bromberg
McCarter & English, LLP
265 Franklin Street
Boston, MA 20110
lbromberg@mccarter.com

/s/ Michael E. Ray
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 1-336-721-3648
Fax: 1-336-733-8312
mray@wcsr.com

4