UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RECKITT BENCKISER PHARMACEUTICALS, )
et al, )
              Plaintiffs, )
)
v. )    **JUDGMENT**
)    **5:13-CV-760-BO**
BIODELIVERY SCIENCES INTERNATIONAL, )
             Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, and DECREED** that the defendant's Motion to Dismiss [DE 18] is hereby GRANTED. The plaintiffs' complaint is dismissed in its entirety. This matter is now closed.

**This Judgment was filed and entered on May 21, 2014, and copies were delivered to:**
Daniel Ladow (electronically via CM/ECF)
Gary S. Parsons (electronically via CM/ECF)
Gavin B. Parsons (electronically via CM/ECF)
Robert Mason (electronically via CM/ECF)
Timothy Heaton (electronically via CM/ECF)
Michael Ray (electronically via CM/ECF)
Daniel Silver (electronically via CM/ECF)
Lance Lawson (electronically via CM/ECF)
Lee Bromberg (electronically via CM/ECF)
Richard Matthews (electronically via CM/ECF)

DATE                                               JULIE A. RICHARDS, CLERK
May 21, 2014                                /s/ Macy B. Fisher
                                                       (By) Macy B. Fisher, Deputy Clerk